```
                IN THE UNITED STATES DISTRICT COURT
                FOR THE WESTERN DISTRICT OF TENNESSEE
                           WESTERN DIVISION
```

UNITED STATES OF AMERICA,   )
                            )
    Plaintiff,             )
                            )
v.                          )      Cr. No. 04-20452
                            )
DARRELL LESTER,             )
                            )
    Defendant.             )
                            )

## ORDER OF REFERENCE

Before the Court is the Motion to Withdraw as Counsel, filed April 18, 2005.

This matter is referred to the United States Magistrate Judge for determination and for appointment of new counsel, if appropriate. Any exceptions to the magistrate judge's order shall be made within ten (10) days of the magistrate judge's order, setting forth particularly those portions of the order excepted to and the reasons for the exceptions.

IT IS SO ORDERED THIS 21 DAY OF April, 2005.

                            JON PHIPPS McCALLA
                            UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 4-21-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 24 in case 2:04-CR-20452 was distributed by fax, mail, or direct printing on April 21, 2005 to the parties listed.

---

Linda Parson Khumalo
LAW OFFICE OF LINDA KHUMALO
P.O. Box 40184
Memphis, TN 38174

David Pritchard
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT