# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
### WESTERN DIVISION

**UNITED STATES OF AMERICA,**

    Plaintiff,

vs.                                     Cr. No. 04-20452-Ml

**DARELL LESTER,**

    Defendant.

---

## ORDER SUBSTITUTING DEFENSE COUNSEL

For good cause, the Court hereby orders that Attorney Bruce I. Griffey be substituted for Attorney Linda Khumalo as attorney of record for the defendant in this case. Mr. Griffey is appointed to represent the defendant in accordance with the Criminal Justice Act, Title 18 U.S.C. §3006A. Ms. Khumalo is hereby relieved from further representation and obligation in this matter. The Clerk shall note Mr. Griffey as attorney of record on the docket and forward all future notices to him.

It is so **ORDERED**, this the _22_ day of _April_, 2005.

_____
**JON PHIPPS McCALLA**
United States District Court Judge

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on _4-27-05_

29

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 28 in case 2:04-CR-20452 was distributed by fax, mail, or direct printing on April 27, 2005 to the parties listed.

---

Bruce I. Griffey
LAW OFFICES OF BRUCE I. GRIFFEY
142 North Third St.
3rd Floor
Memphis, TN 38103

Linda Parson Khumalo
LAW OFFICE OF LINDA KHUMALO
P.O. Box 40184
Memphis, TN 38174

David Pritchard
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT