FIL...

05 APR 26  AM 8:3.

ROBERT R. DI...  ...O
CLERK, U.S. DI...  ...ST.
W.D. OF TN, MEMPHIS

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

UNITED STATES OF AMERICA,        )
                                 )
        Plaintiff,               )
                                 )
v.                               )        Cr. No. 04-20452
                                 )
DARRELL LESTER,                  )
                                 )
        Defendant.               )
                                 )

ORDER WITHDRAWING ORDER OF REFERENCE

The Court having granted attorney Linda Khumalo's Motion to Withdraw and having appointed new counsel during the report date on April 22, 2005, the Order of Reference entered April 21, 2005 is hereby WITHDRAWN.

SO ORDERED THIS 25 DAY OF April, 2005.

JON PHIPPS McCALLA
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on  4-27-05

30

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 30 in case 2:04-CR-20452 was distributed by fax, mail, or direct printing on April 27, 2005 to the parties listed.

---

Bruce I. Griffey
LAW OFFICES OF BRUCE I. GRIFFEY
142 North Third St.
3rd Floor
Memphis, TN 38103

David Pritchard
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT