IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 JUL 26 PM 1: 27

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                                    Cr. No. 04-20452 - MI

DARELL LESTER,

    Defendant.

---

### ORDER GRANTING DEFENDANT'S MOTION AS TO TRIAL SETTING DATE

For good cause, and without objection by the government, the Court hereby **GRANTS** defendant's motion to set this matter for the second week of the rotation calendar.

It is so **ORDERED**, this the _26_ day of ____July____, 2005.


JON PHIPPS McCALLA
**United States District Court Judge**

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on _7-26-05_

40

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 40 in case 2:04-CR-20452 was distributed by fax, mail, or direct printing on July 26, 2005 to the parties listed.

Bruce I. Griffey
LAW OFFICES OF BRUCE I. GRIFFEY
142 North Third St.
3rd Floor
Memphis, TN 38103

David Pritchard
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT