FILED BY _____ /S/ _____ D.C.

**05 AUG 16   AM II: 34**

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE

THOMAS M. GOULD, CLERK
167 North Main Street
Suite 242
Memphis, TN 38103
901-495-1200

August 16, 2005

Rhonda Wilson
706 Pendleton St.
Memphis, TN 38114

RE: Cash Appearance Bond

Our records indicate that you have requested a refund of the cash appearance bond posted in case number 2:04cr20452. We will not be able to issue the refund at this time because:

☒ The defendant has not fully complied with the requirements of said bond and orders of this Court.

☐ Yours is not the name of the payee on the receipt.

Please feel free to contact our office with any questions regarding this matter at the address or phone number listed above.

Thomas M. Gould,
Clerk of Court

BY: _____
Deputy Clerk

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 53 in case 2:04-CR-20452 was distributed by fax, mail, or direct printing on August 16, 2005 to the parties listed.

E. Greg Gilluly
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT