IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 NOV -4 PM 3: 43

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

**vs.**                                                **Cr. No. 04-20452- MI**

**DARRELL LESTER ,**

    **Defendant.**

## ORDER GRANTING DEFENDANT'S MOTION TO CONTINUE SENTENCING

For good cause shown, and without objection by the government, the Court hereby **GRANTS** defendant's motion to continue the sentencing hearing. Sentencing is hereby set for: *FRIDAY, DEC. 2, 2005 at 10:00 A.M.*

It is so **ORDERED**, this the ___4___ day of November, 2005.

JON P. McCALLA
United States District Court Judge

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on  11-7-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 57 in case 2:04-CR-20452 was distributed by fax, mail, or direct printing on November 7, 2005 to the parties listed.

---

Bruce I. Griffey
THE HARDISON LAW FIRM- Memphis
119 S. Main St.
Ste. 300
Memphis, TN 38103

E. Greg Gilluly
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT