IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                                                         Cr. No. 04-20452- MI

DARRELL LESTER,

    Defendant.

### ORDER GRANTING DEFENDANT'S SECOND MOTION TO CONTINUE SENTENCING

For good cause shown, and without objection by the government, the Court hereby **GRANTS** defendant's second motion to continue the sentencing hearing.

Sentencing is hereby set for:

FRIDAY, DEC. 9, 2005 at 10:00 AM.

It is so **ORDERED**, this the ___1___ day of ~~November~~ Dec., 2005.

JON P. McCALLA
United States District Court Judge

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on  12-2-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 60 in case 2:04-CR-20452 was distributed by fax, mail, or direct printing on December 2, 2005 to the parties listed.

---

E. Greg Gilluly
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Bruce I. Griffey
THE HARDISON LAW FIRM- Memphis
119 S. Main St.
Ste. 300
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT