FILED BY _____ D.C.

05 DEC 19 PM 5:48

THOMAS M. GOULD
CLERK, US DISTRICT COURT
W/D OF MEMPHIS

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
### WESTERN DIVISION

**UNITED STATES OF AMERICA,**

   Plaintiff,

vs.                                             Cr. No. 04-20452- MI

**DARRELL LESTER,**

   Defendant.

## ORDER GRANTING DEFENDANT'S MOTION FOR A PRIVATE VIEWING WITH HIS DECEASED FATHER

For good cause shown, and without objection by the government, the Court hereby **GRANTS** defendant's motion for a private viewing with his deceased father pursuant to the security requirements and demands of the United States Marshals' policy. Defendant or his family will be required to bear the costs associated with his visit.

It is so **ORDERED**, this the ___19___ day of December, 2005.

_____
**JON P. McCALLA**
**United States District Court Judge**


This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on  12-20-05


72

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 72 in case 2:04-CR-20452 was distributed by fax, mail, or direct printing on December 20, 2005 to the parties listed.

---

E. Greg Gilluly
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Bruce I. Griffey
THE HARDISON LAW FIRM- Memphis
119 S. Main St.
Ste. 300
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT